UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Saida Hasanova,

        Plaintiff,

                                                Civil No. 13-134 (JNE/SER)
v.                                              ORDER

Dr. Joseph Tashjian,

        Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Steven E. Rau, United States Magistrate Judge, on January 25, 2013. The magistrate judge recommended that Plaintiff's application for leave to proceed in forma pauperis ("IFP") be denied and that the action be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff objected to the Report and Recommendation, and Defendant responded. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 6]. An IFP application will be denied, and the action will be dismissed, if the IFP applicant has filed a pleading that fails to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii); *Atkinson v. Bohn*, 91 F.3d 1127, 1128 (8th Cir. 1996) (*per curiam*). Plaintiff's Complaint fails to state a claim on which relief may be granted. Therefore, IT IS ORDERED THAT:

1. Plaintiff's application for leave to proceed in forma pauperis [Docket No. 2] is DENIED.

2. This action is SUMMARILY DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 20, 2013                                    s/Joan N. Ericksen
                                                                           JOAN N. ERICKSEN
                                                                             United States District Judge